Dismissed and Memorandum Opinion filed December 14, 2006








Dismissed
and Memorandum Opinion filed December 14, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01011-CV

____________

 

TRUESTAR PETROLEUM CORPORATION,
TRUESTAR BARNETT LLC, TRUESTAR AMERICAS, INC., CHARLES A. KOHLHAAS, AND 

DWAIN M. IMMEL, Appellants

 

V.

 

OPTIMA SERVICES INTERNATIONAL LTD.,
P/K/A OPTIMA INTERNATIONAL TRUST COMPANY LIMITED, THE BALATON GROUP, INC., ROBERT
J. KUBBERNUS, M. CAROLE COALE, JOHN S. BURNS, AND FREDERICK BRYSON FARRILL,
Appellees

 



 

On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2005-54028

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 16, 2006.  On December 1, 2006,
appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.








 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 14, 2006.

Panel consists of Justices Frost, Seymore, and Guzman.